# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-17-00889-CV

### V. C. and R. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-16-006773, THE HONORABLE TIM SULAK, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant R.S. filed his notice of appeal on December 27, 2017. The appellate record was complete January 24, 2018, making appellant's brief due February 13, 2018. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order counsel to file appellant's brief no later than March 8, 2018. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on February 21, 2018.

Before Chief Justice Rose, Justices Goodwin and Field